Bruce Aristeo
Commitment # 4319806
Camden County Correctional Facility
330 Federal Street
Camden, NJ 08102

May 10, 2016

DELIVERED MAY 13 2016

Judge Renee Bumb
United States Courthouse
4th & Cooper Streets
Camden, NJ 08101

RECEIVED IN CHAMBERS OF
MAY 19 2016
RENÉE MARIE BUMB, U.S.D.J.

15-4115
16-590

RE: Bruce Aristeo v. Jody Raines & Camden County

Dear Judge Bumb:

This letter is to inform you that as of April 22, 2016 I was sentenced to jail with a release date of ~~approximate~~ approximately August 2016. I do not have access to any of my legal documentation to address the dates or details of my last correspondence to you.

It is in that regard I think it important you know the Camden officers listed in my complaint have admittedly incarcerated me to discourage others from exercising First Amendment freedoms. Most disturbingly, a condition of my sentence is that I am to remove from the internet all of my websites and YouTube videos reporting on corruption in Camden.

Although the order shall be reversed on appeal, the fact remains that if there is no federal intervention prohibiting this conduct, Camden officers will continue to abuse their powers with purpose to "chill" and intimidate the exercise of free speech.

Therefore, in the interests of justice, I respectfully

Request this court stay my complaint and any extensions that were so graciously provided. Indeed, you have gone to great lengths to accommodate my complaint, and please know your efforts have not gone un-noticed.

I stress that this matter is not frivolous in nature, these officers would not go to such lengths to silence me if it were. They obviously see me as a threat. —

I look forward to your just reply...

Thank you for your kind attention to this matter.

_____
Bruce Aristeo, Pro Se

May 10, 2016

Bruce Nuester #4319806

DS 45 MAILED AT 080 FRST FCM



THIS MAIL IS COMING FROM THE CAMDEN COUNTY CORRECTIONAL FACILITY

Honorable Renee Bumb
United States Cthse.
4th & Cooper St.
Camden, New Jersey
08101